UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>DONDANOVA DOMINIQUE LEWIS,<br><br>                      Defendant. | Case No. MJ10-81<br><br>**DETENTION ORDER** |

Offenses charged:

    Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute;

    Felon in Possession of Ammunition as an Armed Career Criminal;

    Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute;

    Felon in Possession of a Firearm as an Armed Career Criminal.

Date of Detention Hearing: March 2, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The Court did not receive any information about defendant's personal circumstances, history, medical issues, ties to the community, or financial status. Defendant is also currently serving a state court sentence with a release date of July 2011. Defendant did not argue for release and stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 2nd day of March, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2